**Order entered December 3, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00529-CV

**BULLET TRAP, L.L.C. F/K/A BULLET TRAP, INC., Appellant**

**V.**

**WATERPROOF POSITIVE, LLC D/B/A ENERGY ROOFING SOLUTIONS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04389-2016**

## ORDER

Before the Court is appellant's November 29, 2018 unopposed motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 10, 2018.

/s/    DAVID EVANS
         JUSTICE